AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CAROL ALVAREZ <br><br> *Plaintiff(s)* <br> v. <br> GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-24135-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOAT HOSPITALITY GROUP LLC
c/o Lisa Gonzalez, its Registered Agent
3990 Kumquat Avenue
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 25, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| CAROL ALVAREZ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-24135-JEM |
| GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WGOAT15 LLC
c/o Lisa Gonzalez, its Registered Agent
10061 SW 60th Court
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Oct 25, 2024

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court