# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-24135

Plaintiff:
**CAROL ALVAREZ**

vs.

Defendant:
**GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC**

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by DLE Process Servers, Inc on the 23rd day of December, 2024 at 1:18 pm to be served on **GOAT HOSPITALITY GROUP LLC c/o Lisa Gonzalez, its Registered Agent, 3990 Kumquat Avenue, Miami, FL 33133**.

I, Christopher Mas, do hereby affirm that on the **2nd day of January, 2025** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Lisa Gonzalez** as **Registered Agent** for **GOAT HOSPITALITY GROUP LLC**, at the address of: **3990 Kumquat Avenue, Miami, FL 33133**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Christopher Mas**
1623

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
**(786) 220-9705**

Our Job Serial Number: DLE-2024078498

DELIVERED    1/2/2025 1:00 PM

LICENSE    1623

Case 1:24-cv-24135-JEM    Document 3    Entered on FLSD Docket 10/25/2024    Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CAROL ALVAREZ<br><br>*Plaintiff(s)*<br>v.<br>GOAT HOSPITALITY GROUP LLC and<br>WGOAT15 LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-24135-JEM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    GOAT HOSPITALITY GROUP LLC
c/o Lisa Gonzalez, its Registered Agent
3990 Kumquat Avenue
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Oct 25, 2024

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts