# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:24-CV-24135

Plaintiff: **CAROL ALVAREZ**
vs.
Defendant: **GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC**

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by DLE Process Servers, Inc on the 23rd day of December, 2024 at 1:18 pm to be served on **WGOAT15 LLC c/o Lisa Gonzalez, its Registered Agent, 10061 SW 60th Court, Miami, FL 33156**.

I, Christopher Mas, do hereby affirm that on the **14th day of January, 2025** at **7:41 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Lisa Gonzalez** as **Registered Agent** for **WGOAT15 LLC**, at the address of: **3990 Kumquat Avenue, Miami, FL 33133**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/24/2024  12:00 pm  Attempted service at 10061 SW 60th Court, Miami, FL 33156 House is vacant is under construction. Please advise how would you like us to proceed.
1/11/2025  9:11 am  Attempted service at 3990 Kumquat Avenue, Miami, FL 33133 no answer at home.
1/14/2025  7:41 pm  Svd Lisa Gonzalez as registered agent at second address 3990 Kumquat Avenue, Miami, FL 33133 no answer at home.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are  true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Christopher Mas**
1623

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2024078501

Copyright © 1992-2025 DreamBuilt Software, Inc - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CAROL ALVAREZ

*Plaintiff(s)*

v.　　Civil Action No. 1:24-cv-24135-JEM

GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WGOAT15 LLC
c/o Lisa Gonzalez, its Registered Agent
10061 SW 60th Court
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 25, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts