UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ                                                         Case No. 1:24-CV-24135-JEM

    *Plaintiff,*

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

    *Defendants.*
_____/

**DEFENDANT GOAT HOSPITALITY GROUP LLC'S FRCP RULE 7.1 CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

DEFENDANTS, WGOAT15 LLC ("WGOAT15"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 7.1, hereby discloses as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Derek Smith Law Group, PLLC – Counsel for Plaintiff;

    b.    Kyle T. MacDonald, Esq. – Counsel for Plaintiff;

    c.    CAROL ALVAREZ – Plaintiff;

    d.    GOAT HOSPITALITY GROUP LLC – Co-Defendant;

    e.    WGOAT15 LLC – Defendant. [INACTIVE – WGOAT15 LLC has permanently closed and ceased operations.]

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

a. Plaintiff CAROL ALVAREZ alleges damages in the instant Complaint.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: January 22, 2025           Respectfully submitted,

**PATHMAN LAW, LLC**
*Counsel for Defendants GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC*
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

By: /s/ *Tara E. Faenza, Esq.*
Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com

Case No. 1:24-CV-24135-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2025 a copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF.

By: /s/ *Tara E. Faenza, Esq.*
TARA E. FAENZA, ESQ.

### Service List

**Kyle T. MacDonald, Esq.**
Florida Bar No.: 1038749
DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Telephone No.: (305) 946-1884
Email: Kyle@dereksmithlaw.com
*Counsel for Plaintiff*