UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,

        Plaintiff,                         CASE NO.: 1:24-CV-24135-JEM

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

        Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Attorney Kyle T. MacDonald hereby files this Notice of Change of Address and Contact Information in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| **Law Firm:** | **MacDonald Law, PLLC** |
| **Address:** | **420 SW 7th St, Suite 1118** <br> **Miami, Florida 33130** |
| **Email:** | **kyle@macdonaldemploymentlaw.com** |
| **Telephone:** | **(786) 500-9995** |

Dated this 17th day of March, 2025,

                                                Respectfully submitted,

                                                */s/ Kyle T. MacDonald*
                                                Kyle T. MacDonald, Esq.
                                                Florida Bar No. 1038749
                                                MacDonald Law, PLLC
                                                420 SW 7th St, Suite 1118
                                                Miami, FL 33130
                                                Tel: (786) 500-9995
                                                kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 17, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**PATHMAN LAW, LLC**

Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

*Counsel for Defendants GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC*