UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,

                Plaintiff,                              CASE NO.: 1:24-CV-24135-JEM

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

                Defendants.

_____/

## PLAINTIFF'S NOTICE OF CORRECTED CITATIONS

Plaintiff, CAROL ALVAREZ, by and through her undersigned counsel, respectfully files this Notice to correct two clerical citation errors in her previously filed Response in Opposition to the Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 20], both appearing on page 16 of the filing.

The corrected citations are as follows:

1. *United States EEOC v. Nice Sys., Inc.*, No. 20-CV-81021, 2021 U.S. Dist. LEXIS 263668, at *15 (S.D. Fla. Jan. 21, 2021)

2. *Santiago v. Univ. of Miami*, No. 22-CV-23384, 2023 U.S. Dist. LEXIS 60880, at *24-25 (S.D. Fla. Apr. 6, 2023), *report and recommendation adopted*, 2023 U.S. Dist. LEXIS 70170 (S.D. Fla. Apr. 21, 2023)

Plaintiff submits this notice for the purpose of ensuring the accuracy of the record. These corrections do not alter the underlying legal authorities cited.

1

Dated this 18th day of May, 2025,

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
MacDonald Law, PLLC
420 SW 7th St, Suite 1118
Miami, FL 33130
Office: (786) 500-9675
Direct: (786) 500-9995
kyle@macdonaldemploymentlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being

served on May 18, 2025, on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF.

By: <u>*/s/ Kyle T. MacDonald*</u>
Kyle T. MacDonald, Esq.

<u>**SERVICE LIST**</u>

**PATHMAN LAW, LLC**

Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

*Counsel for Defendants GOAT HOSPITALITY*
*GROUP LLC and WGOAT15 LLC*