UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-24135-CIV-MARTINEZ**

CAROL ALVAREZ,

    Plaintiff,

v.

GOAT HOSPITALITY GROUP LLC and
WGOAT15 LLC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTENSION OF PRETRIAL DEADLINES

**THIS CAUSE** came before the Court upon the Plaintiff's Unopposed Motion for Continuance and Extension of Pretrial Deadlines (the "Motion"). (ECF No. 23). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Motion, (ECF No. 23) is **GRANTED** as set forth herein.

2. The previous calendar call and trial dates are hereby **CANCELLED**. Trial is rescheduled to commence during the two-week period beginning **Monday, June 1, 2026** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Suite 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, May 28, 2026 at 1:30 p.m.** at the same location.

3. Accordingly, the following deadlines shall be modified as follows:

| Date | Deadline |
|---|---|
| 1-22-2026 | All discovery, including expert discovery, shall be completed. |
| 2-2-2026 | A mediator must be selected. |

| | |
|---|---|
| 2-23-2026 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| 4-2-2026 | Mediation shall be completed. |
| 4-17-2026 | All Pretrial Motions and Memoranda of Law must be filed. |
| 5-4-2026 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of this Order. |
| 5-26-2026 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 5-27-2026 | Proposed voir dire questions must be filed. |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of October, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record