UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,

        Plaintiff,

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

        Defendants.
_____/

CASE NO.: 1:24-CV-24135-JEM

UNITED STATES MAGISTRATE
JUDGE EDUARDO I. SANCHEZ

## NOTICE OF EXPIRATION OF RESPONSE DEADLINE

Plaintiff, CAROL ALVAREZ, by and through her undersigned counsel, hereby respectfully notifies the Court that the deadline for Defendants, GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC, to respond to Plaintiff's Motion to Compel Discovery Responses [ECF No. 25], filed November 20, 2025, has expired.

Pursuant to the Court's Discovery Procedures § I(B), responses to discovery motions must be filed within five business days. Under Local Rule 7.1(c), responses to non-dispositive motions are due within fourteen days. Both deadlines have now expired without a response or request for extension. *See Peleg v. Genovese*, No. 24-CV-23413, 2025 LX 586606, at *3 (S.D. Fla. Sep. 24, 2025) (Sanchez, M.J.) ("[f]ailure to file a required response 'may be deemed sufficient cause for granting the motion by default'").

*[This space intentionally left blank]*

Dated this 5th day of December, 2025,

        Respectfully submitted,

        **MACDONALD LAW, PLLC**

        */s/ Kyle T. MacDonald*
        Kyle T. MacDonald, Esq.
        Florida Bar No.: 1038749

        420 SW 7th Street, Suite 1118
        Miami, FL 33130
        Tel: (786) 500-9675
        kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 5, 2025, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <i>/s/ Kyle T. MacDonald</i><br>Kyle T. MacDonald, Esq.

## SERVICE LIST

**PATHMAN LAW, LLC**

Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

*Counsel for Defendants GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC*