## Tara Faenza

| | |
|---|---|
| **From:** | Tara Faenza |
| **Sent:** | Tuesday, January 6, 2026 8:33 PM |
| **To:** | altman@flsd.uscourts.gov |
| **Cc:** | Kyle MacDonald; Nancy Onega; Alexandra Chancy |
| **Subject:** | SERVICE OF COURT DOCUMENTS - Case No. 1:24-cv-24135-RKA - Alvarez v. Goat Hospitality Group LLC et al. |
| **Attachments:** | Response In Opposition to Plaintiff's Objection to Magistrate Order.1.6.2026.pdf |
| **Importance:** | High |

Judge Roy K. Altman
District Court Judge
United States District Court – Southern District of Florida
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue
Courtroom 12-4
Miami, Florida 33128

Dear Judge Altman:

Kindly please find attached the Defendants' Response in Opposition to Plaintiff's Objections to the Magistrate's Order Denying Motion to Compel Discovery Responses and Initial Disclosures. The ECF/Pacer System is malfunctioning and not permitting me to access my account to making filings. The website appears to fail to send an email with a code to my primary email address (which has not changed), or any secondary email addresses, resulting in the ability to access my ECF account in any manner. ECF/Pacer is also closed and unavailable to provide any technical assistance. Therefore, we will address this technical issue as soon as possible and provide the Court with this filing. Therefore, to ensure we meet our deadline to respond today, we are submitting to the Court via email and will ensure that the Pacer system accepts the filing as soon as possible. We apologize for the inconvenience, as we wish to ensure a timely response is filed. We have copied all counsel of record in the ECF system on this email.

### *SERVICE OF COURT DOCUMENTS*

| Court: | United States District Court – Southern District of Florida |
|---|---|
| Case Number: | 1:24-cv-24135-RKA |
| Initial Party (Plaintiff): | Carol Alvarez |
| Initial Party (Defendants): | GOAT Hospitality Group LLC, and WGOAT15 LLC |
| Title of Document(s) Served: | Defendants' Response in Opposition to Plaintiff's Objections to the Magistrate's Order Denying Motion to Compel Discovery Responses and Initial Disclosures |
| Filer: | Tara E. Faenza, Esq. |
| Filer's Telephone Number: | (305) 379-2425; cell phone (786) 376-2272 |

Thank you for your cooperation and we will immediately attempt to resolve the issue with ECF/Pacer.

1



Tara E. Faenza, Esq.
Partner
Pathman Law, LLC
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, FL  33131
T - 305-379-2425
C- 786-376-2272
F - 305-379-2420
tfaenza@pathmanlaw.com
www.pathmanlaw.com



This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.