UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,   Case No.: 1:24-cv-24135-RKA

*Plaintiff*,

v.

GOAT HOSPITALITY GROUP LLC and
WGOAT15 LLC,

*Defendants*.
_____/

## NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION CONFERENCE

**NOTICE IS HEREBY GIVEN** that the parties selected a mediator and scheduled a mediation conference as follows:

| | |
|---|---|
| MEDIATOR: | Pamela Perry |
| DATE: | March 11, 2026 |
| TIME: | 10:00 am |
| PLACE: | Via Zoom Meeting |

Respectfully submitted,

| | |
|---|---|
| **MACDONALD LAW, PLLC** | **PATHMAN LAW, LLC** |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 420 SW 7th St, Suite 1118 | One Biscayne Tower – Suite 2400 |
| Miami, FL 33130 | Miami, FL 33131 |
| (786) 500-9995 | Telephone: (305) 379-2425 |
| | Facsimile: (305) 379-2420 |
| | |
| By: */s/ Kyle T. MacDonald, Esq.* | By: */s/ Tara E. Faenza, Esq.* |
| KYLE T. MACDONALD | TARA E. FAENZA |
| Florida Bar No. 1038749 | Florida Bar No. 106928 |

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion was furnished this Thursday, February 2, 2026, via electronic transmission to all parties and counsel registered to receive electronic filing (cm/ecf).

By:/s/  Tara E. Faenza
TARA E. FAENZA, Esq.
Florida. Bar No. 106928
tfaenza@pathmanlaw.com

## SERVICE LIST

**MACDONALD LAW, PLLC**
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
MacDonald Law, PLLC
420 SW 7th St, Suite 1118
Miami, FL 33130
(786) 500-9995
kyle@macdonaldemploymentlaw.com
*Counsel for Plaintiff, Carol Alvarez*