UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24135-RKA

CAROL ALVAREZ,
*Plaintiff*

V.

GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC,
*Defendants.*
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation has been scheduled as follows:

    Mediator:    Pamela I. Perry

    Location:    Videoconference via Zoom

    Date:    Wednesday, March 11, 2026

    Time:    10:00 a.m.

DATED this 14th day of February 2026.

        Respectfully submitted,

        /s/ *Pamela I. Perry*_____
        Pamela I. Perry, Esq.
        Fla. Bar No. 455271
        PAMELA I. PERRY, P.A.
        1501 Venera Avenue, Suite 300
        Coral Gables, FL 33146
        P: 305-202-3545

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

| | |
|---|---|
| Kyle T. MacDonald, Esq.<br>MACDONALD LAW, PLLC<br>420 SW 7th St, Suite 1118<br>Miami, FL 33130<br>(786) 500-9995<br>kyle@macdonaldemploymentlaw.com;<br>*Counsel for Plaintiff:*<br>*CAROL ALVAREZ* | Tara E. Faenza, Esq.<br>PATHMAN LAW, LLC<br>One Biscayne Tower — Suite 2400<br>Miami, FL 33131<br>(305) 379-2425<br>tfaenza@pathmanlaw.com;<br>*Counsel for Defendants:*<br>*GOAT HOSPITALITY GROUP LLC and*<br>*WGOAT15 LLC* |

By: /s/ *Pamela I. Perry*