## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CAROL ALVAREZ,                    Case No.: 1:24-cv-24135-RKA

    *Plaintiff*,

v.

GOAT HOSPITALITY GROUP LLC and
WGOAT15 LLC

    *Defendants*.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

**LISA S. GONZALEZ, ESQ**., pursuant to Fed. R. Civ. P. 11(a); and S.D. Fla. L.R. 11.1(d), hereby files her Notice of Appearance as Co-Counsel for Defendants, GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC. All parties to this action are hereby notified that copies of all pleadings and papers filed or served in this cause should be directed to the undersigned attorney at the addresses below and regarding electronic service of documents, Defendants' counsel files notice of the undersigned address:

Lisa S. Gonzalez, Esq.:          Lgonzalez@lsg.legal

Dated: February 23, 2026        Respectfully submitted,

                                          **Lisa S. Gonzalez, P.A.**
                                          *Attorney for Defendants*
                                          3990 Kumquat Ave.
                                          Miami, Florida 33133
                                          Phone: 561-222-7303
                                          Email: Lgonzalez@lsg.legal
                                          BY: /s/ *Lisa Gonzalez*
                                          **Lisa S. Gonzalez, Esq.**
                                          Florida Bar No: 109486

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 23, 2026 a copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF.[1]

                                        By: /s/ *Tara E. Faenza, Esq.*
                                             TARA E. FAENZA, ESQ.

### Service List

**Kyle T. MacDonald, Esq.**
Florida Bar No.: 1038749
MACDONALD LAW, PLLC
420 SW 7TH ST SUITE 1118
MIAMI, FL 33130
Telephone No.: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com
*Counsel for Plaintiff*

**Lisa S. Gonzalez, P.A.**
*Attorney for Defendants*
3990 Kumquat Ave.
Miami, Florida 33133
Phone: 561-222-7303
Email: Lgonzalez@lsg.legal
**Lisa S. Gonzalez, Esq.**
Florida Bar No: 109486

---

[1] Counsel files and serves this Motion for Summary Judgment due to an error in Co-Counsel, Lisa Gonzalez's ECF account to file documents.