## DECLARATION OF DEREK GONZALEZ
## ON BEHALF OF GOAT HOSPITALITY GROUP LLC
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Derek Gonzalez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

### Background

1. I am over the age of 18 and have personal knowledge of all the information in this Declaration.
2. I am the sole owner of Goat Hospitality Group LLC ("Goat"), a Florida limited liability company. I have held this position since Goat's formation and at all times relevant to this litigation.

### Separate Ownership and Corporate Structure

3. I am the sole owner of Goat. I have no ownership interest in WGOAT15 LLC ("ADDIKT"). ADDIKT is a Delaware Limited Liability Company owned by a different individual, Lisa Gonzalez. I am not, and have never been, an owner, member, officer, or manager of ADDIKT.
4. Lisa Gonzalez is not, and has never been, an owner, member, or officer of Goat.
5. There is no overlap in ownership between Goat and ADDIKT. The two entities have no parent-subsidiary, affiliate, or common-ownership relationship.

### Separate Operations, Locations, and Finances

6. Goat maintained its offices on the 49.5th floor at 485 Brickell Avenue, Miami, Florida. ADDIKT operated a restaurant on the 15th floor of the same building. These were entirely separate and distinct locations within the building. Goat exclusively possessed its own office space, which was separate from ADDIKT's restaurant location.
7. Goat and ADDIKT maintained separate bank accounts. At no time did Goat and ADDIKT share any bank account, financial account, or line of credit.
8. Goat did not participate in hiring, firing, scheduling, supervising, disciplining, or managing any of ADDIKT's employees.
9. Goat and ADDIKT did not share any operations. Goat operated as a consulting group; ADDIKT operated as a restaurant. These are fundamentally different businesses.

### GOAT's Business and Relationship with ADDIKT

10. Goat operates as a consulting group providing marketing, advertising, cuisine consulting, menu advisement, management consulting, procurement, and outsourced human resources and payroll services to hospitality businesses.
11. ADDIKT was one of Goat's clients. Goat provided similar types of consulting services to other hospitality business clients in addition to ADDIKT.
12. Goat's services to ADDIKT were limited to: (a) administering payroll through ADP, a third-party payroll provider, under ADDIKT's separate ADP portal; (b) onboarding new employees by uploading documents to ADDIKT's ADP portal; and (c) providing independent human resources consulting when requested. GOAT provided these services as an independent contractor, not as a co-employer or joint employer.
13. Goat did not pay Plaintiff Carol Alvarez's wages. ADDIKT paid all employee wages. GOAT merely processed the payroll through ADP on ADDIKT's behalf.
14. Plaintiff did not perform any work for Goat, was not qualified to perform any work for Goat, and could not perform any work for Goat. Goat's consulting business required a different skill set than the Line Cook position Plaintiff held at ADDIKT.

**Goat's Employee Count**

15. At all times relevant to this litigation, GOAT employed fewer than fifteen (15) employees for each working day for twenty (20) or more calendar weeks.
16. In the last two (2) years, GOAT has not had more than fifteen (15) employees employed for each workday for twenty (20) weeks.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2026.

*[signature]*

Derek Gonzalez
Owner, Goat Hospitality Group LLC