

# Employee Handbook



1/06/23

ALVAREZ-000041

# TABLE OF CONTENTS

03  Employee Acknowledgement

04  Notice to Commissioned Employees

05  General Human Resources Policies

06  Employment Policies & Practices

13  Discrimination & Harassment Policies

15  Compensation & Benefits

18  Miscellaneous



ALVAREZ-000042

# Employee Handbook Acknowledgement

I acknowledge that I have received Mia Brickell's (hereinafter Mia) Employee Handbook. I understand that I need to comply with the Company policies contained in this Handbook.

I agree that if there is any policy or provision in the Handbook that I do not understand, I will seek clarification from Mia's Human Resources department.

I understand that all of the policies contained in this Handbook are important, and that any violation of any Company policy contained in this Handbook or elsewhere could result in corrective action, up to and including termination of employment.

I understand that Mia is an "at will" employer and as such, employment with Mia is not for a fixed term or definite period and may be ended at the will of either party, with or without cause, and without prior notice.

I understand that nothing contained in this Employee Handbook may be construed as creating a promise of future benefits or a binding contract with Mia for benefits or for any other purpose.

I understand that this Employee Handbook states Mia's policies, practices, and benefits in effect on the date of publication, and that these policies, practices, and benefits are continually evaluated and may be amended, modified, or terminated at any time. This Employee Handbook is the property of Mia. This Handbook has been prepared for the express use of personnel employed by Mia. Accordingly, all employees must return their Handbook to the Company prior to their last date of employment.

Please sign and date one copy of this acknowledgement and return it to Mia. Please keep a copy for your reference.

Sign: *Carol Alvarez*
Carol Alvarez (Oct 23, 2023 17:08 EDT)

By: Carol Alvarez

Date: Oct 23, 2023

ALVAREZ-000043

# Notice to Commissioned Employees

Mia's commissioned employees may be subject to its commissioned employee policies. You have been provided with this notice because you are an employee that is potentially subject to the commissioned employee policies and may from time-to-time receive tips, which are subject to the commissioned employee policies.

In order to remain competitive in the market, Mia has updated its policy regarding employees who receive tips. Mia has the right to utilize Section 7(i) exemption under the FLSA, and employees that regularly receive commissions will be commissioned employees. Mia charges a mandatory 18% service charge on customer charges – which is considered to be a commission.

As allowed by the Section 7(i) exemption, the manner in which commissioned employees are paid will change as follows:

·   The regular rate of pay will exceed one and half (1.5) times the minimum wage for every hour worked;
·   Mia will distribute to a percentage of the mandatory service charges it collects; and
·   More than half of the total earnings will consist of your percentage of the mandatory service charges collected.

Because commissioned employees will be paid in accordance with the provisions of Section 7(i), they are no longer entitled to be paid an overtime premium for hours worked over 40 hours in one work week. If for any reason you are not paid as described above, Mia will pay overtime for any hours worked over 40 hours in that week. Mia will periodically review for a particular representative period (of not less than one month and not more than one year) of pay in order to ensure proper utilization of the commission exemption.

We recognize that on occasion a customer may leave extra money as an additional tip above the 18% mandatory service charge. Employees who receive additional tips may be expected to contribute a certain % of the additional tip (to be determined according to position) to the tip pool. Employees are required by law to report 100% of their tips. Employees may not solicit any additional monies via any third party for personal financial benefit.

Acknowledgment of Employee's Receipt and Understanding

I have received a copy of Mia's Notice to Commissioned Employees. I understand it is my responsibility to read this Notice or have it read to me and that if I have questions about the policy, I will notify Mia's Human Resources Department. I understand that I am required to participate in a tip pool and to contribute the amount identified in this Notice. I understand and agree to the terms in this Notice.

Mia retains the right to make changes to the commissioned employee policies and notices, as well as update the tip pool as deemed necessary. Mia will provide at least the minimum required notice to employees as prescribed by law, prior to any change taking effect.

*Carol Alvarez*
Carol Alvarez (Oct 23, 2023 17:08 EDT)
Employee Signature

Oct 23, 2023
Date

ALVAREZ-000044

# General Human Resources Policies



Equal Employment Opportunity Policy

Mia is an equal opportunity employer and complies with all applicable federal, state, and local fair employment practices and laws. We strictly prohibit, do not tolerate discrimination, and will extend equal opportunity to all individuals without regard to race, religion, color, sex (including pregnancy, sexual orientation, and gender identity), national origin, disability, age, genetic information, or any other status protected under applicable federal, state, or local laws.

We will not permit intimidation, coercion, or harassment of any kind.  If you feel you have been subject to any such behavior, you must bring the situation to the attention of the General Manager and/or Human Resources Department immediately.

Your "At Will" Employment Relationship with Mia Brickell

Employment with Mia is "at will," which means that it is for no definite period and may be terminated at any time by either employees or Mia with or without cause, notice or procedural requirements.  Neither this Handbook, nor any other Company policy, procedure, or communication, shall create any right for any employee or guarantee employment for any period. No representative of Mia may enter into any agreements, or make any representations, written or oral, to alter employees at will status or otherwise create a contractual obligation.

Recruitment and Hiring

Mia's goal when recruiting new employees is to fill vacancies with persons who have the best available skills, abilities and experience needed to perform the position's specific duties.  Decisions regarding recruitment, selection and placement of employees are made on the basis of job-related criteria.

When positions become available, qualified current employees are encouraged and welcome to apply for another position.  Notices regarding available positions will be posted and the HR Manager or designated person will conduct interviews.

ANTI-HARASSMENT POLICIES

Workplace Harassment

Mia is committed to providing a work environment that provides employees equality, respect and dignity. In keeping with this commitment, Mia has adopted a policy of "zero tolerance" with regard to employee harassment. Harassment is generally defined under federal law as unwelcome conduct that is based on race, color, religion, sex (including pregnancy, sexual orientation, and gender identity), national origin, age, disability, or genetic information. Harassment, generally, becomes unlawful where: (1) enduring the offensive conduct becomes a condition of continued employment; or (2) the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive. Harassment can be verbal, physical, visual, or on-line. The above is illustrative only and not exhaustive. No form of sexual harassment will be tolerated.
This policy applies to all terms and conditions of employment. Harassment of any other person, including, without limitation, co-workers, visitors, or vendors, whether at work or outside of work, is grounds for immediate termination. Mia will make every reasonable effort to ensure that its entire community is familiar with this policy and that all employees are aware that every complaint received will be promptly, thoroughly, and impartially investigated and resolved appropriately.
Mia will not tolerate retaliation against anyone who complains of harassment or who participates in an investigation.

Sexual Harassment

One form of unlawful harassment is sexual harassment. Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:

·       Submission to such conduct is made either explicitly or implicitly a term or condition of employment; or
·       Submission or rejection of such conduct by an individual is used as a basis for employment decisions (e.g., hiring, promotions, performance appraisals, etc.) affecting such individual; or
·       Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

While the facts and circumstances of any situation will vary, examples of prohibited harassing conduct include unwelcome discussion of sexual activities, touching, displaying of sexually explicit pictures, use of sexually suggestive gestures and sexual remarks about physical attributes. This list is not exhaustive and serves as an illustration of possible scenarios. Any employee, regardless of sex or position, may be the victim of sexual harassment.

Harassment of any nature will not be tolerated. Slurs, epithets, and jokes based on race, color, sex, sexual orientation, religion, age, disability, or genetic predisposition have no place in the workplace.

Anti-Retaliation Policy

The Company strictly forbids retaliation against anyone who reports harassment or discrimination or participates in any resulting investigation. "Retaliation" can occur if any adverse employment action is taken against an employee because the employee made a complaint of harassment or participated in the Company's investigation of a complaint. Retaliation can also include any that may deter a person from complaining about discrimination or harassment. Such conduct will itself give rise to appropriate corrective action that typically results in termination. Examples of strictly prohibited retaliatory action include, but are not limited to:

·       Disciplining, changing the work assignments of, refusing to cooperate or discuss work-related matters with any employee because that employee has complained about or resisted harassment, discrimination, or retaliation; and
·       Intentionally pressuring, falsely denying, lying about, or otherwise covering up or attempting to cover up conduct such as that described in any item above.

American with Disabilites Act

The federal Americans with Disabilities Act ("ADA") generally prohibits discrimination against qualified individuals with disabilities in job application procedures, hiring, firing, advancement, compensation, fringe benefits, job training, and other terms, conditions, and privileges of employment. The ADA does not alter Mia's right to hire the best-qualified applicant, but it does prohibit discrimination against a qualified applicant or employee because of his or her disability, or because of a perceived disability.

As a matter of policy, Mia prohibits discrimination of any kind against people with disabilities.

Disabled Defined

An applicant or employee is considered disabled if he or she (1) has a physical or mental impairment that substantially limits one or more major life activities; (2) has a record or past history of such an impairment; or (3) is regarded or perceived (correctly or incorrectly) as having such impairment.

A qualified employee or applicant with a disability is an individual who satisfies the requisite skill, experience, education, and other job-related requirements of the position held or desired, and who, with or without reasonable accommodation, can perform the essential functions of that position.

ALVAREZ-000046

Reasonable Accommodation Policy

A reasonable accommodation is any change in the work environment (or in the way things are usually done) to help a person with a disability apply for a job, perform the duties of a job, or enjoy the benefits and privileges of employment.

Qualified applicants or employees who are disabled should request reasonable accommodation from Mia in order to allow them to perform a particular job. If you are disabled and you desire such reasonable accommodation, contact your immediate supervisor, designated manager, or human resources. On receipt of your request, we will meet with you to discuss your disability. We may ask for information from your health care provider(s) regarding the nature of your disability and the nature of your limitations or take other steps necessary to help us determine viable options for reasonable accommodation. We will then work with you to determine whether your disability can be reasonably accommodated, and if it can be accommodated, we will explore alternatives with you and endeavor to implement a mutually agreeable accommodation.

Reasonable accommodation may take many forms and it will vary from one employee to another. Please note that according to the ADA, Mia does not have to provide the exact accommodation you want, and if more than one accommodation works, we may choose which one to provide. Furthermore, any accommodation that will impose undue hardship on Mia is not considered reasonable.

Immigration Law to Applicable Employees

Mia complies with the Immigration Reform and Control Act of 1986 by employing only U.S. citizens and non-citizens who are authorized to work in the United States.  All employees are asked on or before their first day of work to provide original documents verifying the right to work in the United States and to sign a verification form required by federal law (Form I-9). If you cannot verify your right to work in the United States within three (3) days of hire, Mia may be required by law to terminate your employment.

Employment Classifications

The following terms will be used to describe employment classifications and status:

Exempt Employees
Exempt employees are not subject to the overtime pay provisions of the Fair Labor Standards Act ("FLSA"). In general, an exempt employee is one who is paid on a salary basis at not less than $684 per week who holds an administrative, professional, or management position. Additionally, commissioned employees, certain outside salespersons and a few other job categories are also exempt. This is general information and not legal advice or a restriction on Mia.

Non-Exempt Employees
Salaried employees who are not administrative, professional, or managerial employees and many hourly employees, who are not commissioned employees, are generally not exempt from the FLSA's overtime provisions.

Full-Time Employee
Full-time employees are those who are regularly scheduled to work at least 40 hours per week, but your offer letter may specify hours for your position.

Part-Time Employee
Part-time employees are those who are regularly scheduled to work fewer than 40 hours per week. Part-time employees are not eligible for paid benefits offered by Mia, except as agreed in writing by Mia.



ALVAREZ-000047

# Mia's Employment Policies + Practices

Working Hours

Mia will schedule employees for various shifts depending on Mia's needs.  Employees may request specific shifts, but we are not always able to accommodate these preferences or requests.

Meal + Rest Breaks
Mia complies with all federal and state laws regarding meal and rest breaks.

Overtime

Because of the nature of our business, your job may periodically require overtime work.  If you are a non-exempt employee, you should not and are not authorized to work overtime hours without prior management approval.  All hours worked must be reported.  If you are asked to complete overtime work without approval, please speak to your manager immediately.  Employees working the last shift of the day may be required to complete side work – including but not limited to cleaning up in preparation for the following day.  If you believe this side work will cause you to work overtime, you should immediately request permission from your manager before working overtime and advise your supervisor that such work would result in overtime.

Holidays

Mia is open on many holidays.  If you would like a specific holiday shift off, you must make the request to your supervisor at least one month in advance and it is subject to approval of the supervisor.

Attendance and Punctuality

It is important to be on time for each shift and avoid unnecessary absences.  Mia understands that illnesses or other circumstances beyond your control may cause you to be absent from work from time to time.  However, frequent absences or tardiness may result in disciplinary action up to and including discharge.

You are expected to report to work when scheduled.  After three consecutive call outs, a doctor's note is required and should be provided to the Human Resources Department. Should you have to call out for your shift, a 3-hour minimum notice is required via email to your manager.  Whenever you know in advance that you will be absent, you should notify the Manager and request to exchange shifts with a co-worker.

You are expected to be on time for your shift.  If you are running late, you must notify your supervisor as soon as possible.  You must call and state and the reason for your delay.  As with absences, you are required to make every effort to speak directly to your supervisor, and if not available, the Manager.  Continual tardiness will result in disciplinary action, up to and including discharge.

Inclement Weather

Mia is open for business as per standard operating hours unless there is a government issued State of Emergency, or unless you are advised by management.  There may be times when we delay opening, and in rare events, may have to close.  Use common sense and your best judgement when traveling to work in inclement weather and report any issues to your supervisor.

ALVAREZ-000048

<u>Dress Code, Appearance + Personal Hygiene</u>

As an employee of Mia, you are expected to present a clean and professional appearance at all times. Depending on your position, the dress code will be specified and must be worn on any given day. Repeated violations of the dress code may result in disciplinary action, up to and including termination of employment.

It is expected that you will take pride in your appearance and personal hygiene, and will arrive to each shift well groomed, with clean and well-laundered clothing. Wrinkled, dirty or stained clothing will not be tolerated.

<u>Smoking</u>

We strongly encourage everyone to not smoke or to quit smoking as it is detrimental to your health. However, if you choose to smoke, you may not smoke near the front entrance of the property or within sight of any customer. Smoking is only permitted behind the building out of the sight of any patron.

<u>Treatment of Guests</u>

It is essential that our guests feel welcome and that you always extend the highest level of hospitality and courtesy, as well as to your co-workers and others. Our commitment to our patrons is to always provide extraordinary customer service and an exceptional experience.

<u>Personnel Records</u>

It is essential that personnel records are accurate and up to date at all times. You are responsible for notifying Human Resources or your Manager of any changes in name, home address, telephone number, marital status, number of dependents, immigration status, or the like. Many of the above-mentioned items may be easily updated through the ADP employee portal.

<u>Personal Property</u>

We strongly recommend that all employees leave personal property at home. What you require to have you on you, i.e., wallet, keys, etc., must be stored in your designated locker during your shift. Mia is not responsible for loss or damage to any personal property, including your phone. Mia has the right to search your bags upon arrival and departure.

<u>Company Property</u>

All company property and equipment must be treated as it if were your own. All equipment must be handled with care and cleaned regularly throughout your shift. Any issues with equipment must be immediately reported to the on-duty supervisor. You are not permitted to use any company property or equipment for personal use.

Any company property provided to you by Mia, including but not limited to uniforms, must be returned prior to departing Mia on your last day of work. Failure to return company property or returned damaged property, including uniforms, will be charged to the employee at the cost of replacement. The employee authorizes Mia to deduct such amount from any outstanding amount due, including paycheck or share of service charge, to Employee.

<u>Company Theft</u>

Mia does not and will not tolerate any form of theft in the workplace, including but not limited to theft of information, product or time or any unauthorized removal or possession of company property. Theft is a single offense violation, as such you will be subject to immediate termination for theft.

To facilitate enforcement of this policy, management may question employees and/or inspect any personal property in any area where Mia does business, whenever there is a reasonable suspicion to believe that any Mia policy has been violated. Personal property includes, but is not limited to: purses, wallets, backpacks, lunch boxes, or any other container or object brought on site. Employees who wish to avoid inspection of any articles or materials should not bring them onto Mia's premises.

Internet Access

Access to the internet is given principally as needed for work-related activities or approved educational and training activities. Generally, employees are not permitted to use Mia's computers or Wi-Fi to access the internet. You may, however, use wireless access in Mia during rest breaks. This privilege should not be abused and must not affect the performance of employment related activities.

Right to Monitor

Mia's internet is at all times the property of Mia. By accessing the internet, you acknowledge that MIa (by itself or through a designee) may from time to time, monitor, log and gather statistics on the internet activity and examine individual connections and communications.

Responsibilites + Obligations

Employees may not access, download, or distribute material at any time while on Mia's premises (including on their personal devices, e.g., smart phones, tablets) if that material violates the law or is reasonably likely to be offensive. Such prohibited materials include pornography, material that demonstrates overt discrimination of any kind, excessive in sound and material which incites violence.

In all circumstances, use of the internet access must be consistent with the law and Mia's policies. Violation of this policy is a serious offense, and subject to the requirements of the law, may result in a range of sanctions, from restriction of access to the internet to disciplinary action, including termination.

E-Mail

Not all positions require a company email address. If your position requires same, same will be provided to you. The email system is the property of Mia. All emails are archived in accordance with our records retention policy. Since Mia's email system is Mia's property, it is subject to monitoring. Please consider this if you conduct any personal business using Mia's hardware, technology, or software.

Electronic mail is like any other form of Mia's communication and may not be used for purposes of harassment or any other unlawful purpose. Any email account is Mia's property, be sure you remember that when sending an email from Mia, you represent Mia whether your message is business related or personal.

Personal Electronic Usage

It is the policy of Mia that employees may not maintain or use their personal cell phone during a shift. If you have an emergency and need to use your personal device, please notify your supervisor first.

Social Media

The term "social media" includes all means of communicating or posting information or content of any sort on the internet or via ap, including your own or someone else's web log, blog, journal, app, etc., whether or not it is associated or affiliated with Mia. The same principals and guidelines found in Mia's rules, policies and procedures apply to an employee's social media activities online.

Any conduct that adversely affects an employee's job performance, the performance of fellow employees, or otherwise adversely affects Mia's business interests or reputation, may result in disciplinary action, up to and including termination. Likewise, inappropriate postings, including but not limited to discriminatory remarks, harassment and/or threats of violence or similar or unlawful conduct will not be tolerated and may result in disciplinary action, up to and including termination.

As an employee, you agree to appear on Mia's social media pages. Additionally, employee agrees, regardless of employment status (current or former employee) at this time, not to post, video tape, record, photograph or white anything that is disparaging of Mia, including but not limited to its employees, policies, food, drinks, service, or facilities. This restriction shall survive your termination for a period of two (2) years. Employee agrees not to ask anyone to take any action that would be restricted by the employee in order to circumvent this restriction. Employee understands that this provision is material to employment (prior or current) and access to certain areas at Mia. Employee agrees that violation of this paragraph is a basis for Mia to obtain injunctive relief and in the event of violation is entitled to its attorneys' fees and costs associated with its efforts on the injunctive relief and any damage claim.

Drug Free Workplace

Mia takes seriously the problem of drug and alcohol abuse and is committed to providing a substance abuse-free workplace for its employees.

All employees are prohibited from engaging in the unlawful manufacture, possession, use, distribution or purchase of illicit drugs, alcohol, or other intoxicants, as well as the misuse of prescription drugs on Mia's premises or at any time and any place during working hours. While we cannot control your behavior off the premises on your own time, we certainly encourage you to behave responsibly and appropriately at all times, and please make sure not to wear Mia's uniform. All employees are required to report to their jobs in appropriate mental and physical condition, ready to work.

Substance abuse is an illness that can be treated. Employees who have an alcohol or drug abuse problem are encouraged to seek appropriate professional assistance. You may inform your immediate supervisor, designated manager, or human resources for assistance in seeking help to address substance abuse, who can also help you determine coverage available under Mia's medical insurance plan.

When work performance is impaired, admission to or use of a treatment or other program does not preclude appropriate action by Mia. Drug use or impairment is a single offense violation, and anyone not abiding by the policy will be subject to immediate termination. There will be absolutely no exceptions to this zero-tolerance policy.

Alcohol Service

Mia serves alcohol to our guests.

Most guests will enjoy wine, beer, or a cocktail without any mishap. However, occasionally a guest will drink too much and become intoxicated and belligerent. If you believe that a guest has had too much to drink, do not comply with any further drink orders by the customer, but rather report the guest to your supervisor immediately.

Employees, regardless of age, are prohibited from drinking on premises during your workhours. An employee who wishes to drink alcoholic beverages at Mia must do so outside of the employee's work hours and at a time when the employee is not wearing a Mia uniform.

Employees who are under age 21 are expressly prohibited from drinking alcohol on the premises at any time. Any abuse of this rule will be dealt with as a breach of our substance abuse policy and may result in discipline up to and including discharge or in criminal charges.

Employees may be trained in alcohol service and the mixing of cocktails. Please bear in mind that the waste of alcoholic beverages is costly. Therefore, it is important when pouring any alcohol that the employee follows the training and pours the proper amounts and/or uses the correct measure for cocktails.

Alcoholic beverages cannot be served to any persons under the age of 21, it is the responsibility of each supervisor, server, and bartender to enforce the law. Failure to do so can result in your immediate termination as a single offense violation. It is the responsibility of all servers and bartenders to thoroughly check identification of any customer attempting to purchase alcohol. Check any person less than 30 years of age or anyone who you feel looks young. Check the identification carefully to match the photo and date of birth. Should you have any questions or doubts over identification, you must seek the assistance of your supervisor on duty. Copies of passports or any identification are not accepted.

Safety + Accident Rules

As a restaurant and bar can be a dangerous place if any of our employees disregard basic safety principles. Please remain aware that there are various potential safety hazards in this environment.

We seek to provide a clean, hazard-free, healthy, safe environment in which to work and make every effort to comply with all relevant federal, state, and local occupational health and safety laws, including the federal Occupational Safety and Health Act. As an employee, you have a duty to comply with the safety rules of Mia, and you are expected to take an active part in maintaining a safe and hazard-free environment. You should observe all posted safety rules, adhere to all safety instructions provided by your supervisor, clean up or warn as to hazards (by example spills or broken objects), and use safety equipment where required.

Any workspace for which you are responsible, e.g., a beverage station, should be kept neat, clean, and orderly. You are required to report any accidents or injuries – including any breaches of safety – and to promptly report any unsafe equipment, working condition, process, or procedure to a supervisor. Failure to abide by Mia's safety and accident rules may result in disciplinary action, up to and including termination.

ALVAREZ-000051

Sanitation

You are required to exercise extraordinary care to be clean at all times. Wash your hands frequently. Handle food items in accordance with procedures explained by Mia. By being conscientious of cleanliness and sanitation in all of your work, you can help protect your own health, as well as that of our guests, co-workers, and others.

Illnes and Medical Procedures

If you become ill or get hurt while at work, you must notify your supervisor immediately. You should immediately document in writing what occurred providing details of the circumstances, witnesses and any pain or injury. Failure to do so may result in a loss of benefits under the state workers' compensation law.

Mia is concerned about the physical well-being of its staff and encourages all employees to have periodic physical examinations. Check your health plan documents to determine coverage.

Romance in the Workplace

In order to minimize the risk of conflicts of interest and promote fairness, Mia maintains that no person in a management or supervisory position shall have a romantic or dating relationship with an employee whom he or she directly supervises or whose terms or conditions of employment he or she may influence (examples of terms or conditions of employment include promotion, termination, discipline, and compensation).

To the extent possible, a supervisor or manager who has had a previous romantic or dating relationship with a subordinate or employee whose terms and conditions he or she may influence will not be involved in decisions relating to that individual's promotions, raises, termination, or other terms and conditions of employment.

All employees engaged in a romantic or dating relationship that is identified above is required to notify human resources. A violation of this policy may be subject to termination of employment.

Individuals involved in a relationship, even if not restricted herein, may be asked to sign a document acknowledging that their relationship is entirely consensual and free from coercion and harassment.



ALVAREZ-000052



# Mia's Discrimination
# +
# Harassment Policies

### Open Door + Reporting Policy

Mia has an open-door policy and believes that the maintenance of an environment, which fosters open, constructive communications, is essential to continued success. You may bring a particular complaint or concern to your supervisor, and if your supervisor is involved or not receptive to any member of management for discussion and resolution.

In the event the complaint involves discrimination based on a protected category or issue protected by law, harassment, sexual harassment, retaliation, and/or hostile or intimidating behavior, please speak with human resources immediately. Employees are not expected to report discrimination or harassment or intimidating behavior to a person they believe is engaging in the behavior. Additional details are described below.

### Workplace Violence Policy

Mia prohibits and will not tolerate any form of workplace violence by an employee, supervisor, or third party, including but not limited to vendors, customers, contractors, or visitors. For purposes of this policy, workplace violence includes, making threatening remarks, and aggressive or hostile acts such as throwing objects at another person, fighting, or intentionally damaging a co-worker's property. This list is illustrative and not exhaustive.

Workplace violence of any kind will not be tolerated. This is a single offense violation that will result in the employee's immediate termination.

### DISCRIMINATION IS PROHIBITED

Mia is an equal opportunity employer and makes all employment decisions without regard to race, religion, color, sex (including pregnancy, sexual orientation, and gender identity), national origin, disability, age, genetic information, or any other status protected under applicable federal, state, or local laws. This policy applies to all terms and conditions of employment, including but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, benefits, compensation, and training. We seek to comply with all applicable federal, state,
and local laws related to discrimination and will not tolerate the interference with the ability of any Mia's employees to perform their job duties.

Mia makes decisions concerning employment based strictly on an individual's qualifications and ability to perform the job under consideration, the comparative qualifications and abilities of other applicants or employees, and the individual's past performance within the organization.

If you believe that an employment decision has been made that does not conform to
Mia's commitment to equal opportunity, you should promptly bring the matter to the attention of your immediate supervisor or human resources. Your complaint will be promptly, thoroughly, and impartially investigated. There will be no retaliation against any employee who files a complaint in good faith, even if the result of the investigation produces insufficient evidence to support the complaint.

Confidential

ALVAREZ-000053

Sexual Harassment

Sexual harassment is prohibited by federal, state, and local laws, and applies equally to men and women. Federal law generally defines sexual harassment as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when the conduct: (1) explicitly or implicitly affects a term or condition of an employee's employment; (2) is used as the basis for employment decisions affecting the employee; or (3) unreasonably interferes with an employee's work performance or creates an intimidating, hostile, or offensive working environment.

Such conduct may include but is not limited to: subtle or overt pressure for sexual favors; inappropriate touching; lewd, sexually oriented comments or jokes; foul or obscene language; posting of suggestive or sexually explicit posters, calendars, photographs, graffiti, or cartoons; and repeated requests for dates. Mia's policy further prohibits harassment and discrimination based on sex stereotyping. Mia requires reporting of all perceived incidents of sexual harassment, regardless of who the offender may be. Every employee is encouraged to raise any questions or concerns with his or her immediate supervisor, designated manager, or human resources.

Supervisors' Responsibilities

All managers are expected to ensure a work environment free from sexual and other harassment. They are responsible for the application and communication of this policy within their work area. Managers should:

· Encourage employees to report any violations of this policy before the harassment becomes severe or pervasive.
· Make sure the human resources department is made aware of any inappropriate behavior in the workplace.
· Create a work environment where sexual and other harassment is not permitted.

Procedures for Reporting and Investigating Harassment

Employees should report incidents of inappropriate behavior or sexual harassment as soon as possible after the occurrence. Employees who believe they have been harassed, regardless of whether the offensive act was committed by a manager, co-worker, vendor, visitor, or customer, should promptly notify human resources. If a person from human resources or otherwise designated is involved in the incident, the employee should report the incident to the general manager. Every claim of harassment will be treated seriously, no matter how trivial it may appear. All complaints of harassment, sexual harassment, or other inappropriate sexual conduct will be promptly, thoroughly, and impartially investigated by Mia. Your complaint should be as detailed as possible, including the names of all individuals involved and any witnesses.

Termination

Employees who leave the company in good standing will be allowed to enter to the facility after termination of employment.  Employees we believe to not leave in good standing will not be able to access Mia.

ALVAREZ-000054

# Compensation + Employee Benefits

PAYROLL PRACTICES

Employees are paid bi-weekly on a Tuesday.

When a payroll date falls on a holiday, employees will, when possible, be paid on or by the last business day following the holiday. Otherwise, employees will be paid on the first business day following the scheduled payroll date.

You are responsible for making sure you receive pay for all hours worked and that all leave is accurately recorded. If there is an error on your paycheck, it is your responsibility to report it as soon as possible. Please verify your pay stub or voucher each pay day to ensure it is accurate. Notify your supervisor and human resources if there are any discrepancies. Discrepancies will be investigated, and errors will be corrected on the next pay day or as soon as required by law whichever occurs first.

Salary Deductions and Withholding

Mia will withhold from your paycheck as required by law, including:
Taxes, Federal, state, and local taxes, as required by law, as well as the required FICA (Social Security and Medicare) payments.

Insurance

Your contribution to health insurance or other insurance premiums for yourself and any eligible family members or to other contributory benefit programs.

Other Deductions

Other deductions which you authorize or otherwise required by court order or law.

Tips

All tips are subject to income tax. Therefore, you must report your tips to Mia using the tip reporting program we provide. Failure to report tips and to allow Mia to make appropriate deductions could subject you to penalties from the Internal Revenue Service and an estimation by Mia to avoid any potential violations of law or penalties.

Timekeeping

To ensure that Mia has complete and accurate time records and that employees are paid for all hours worked, employees are required to record all working time.
Employees must record their time using Mia's system. Employees should record on a daily basis all actual time worked, including the starting and stopping times of each workday, and all time away from work, including the starting and stopping times of unpaid meal periods and sick leave, vacation days, and company holidays. Mia will review your time entries and may you to verify them prior to the respective pay period.

Employees must report corrections to their time entries immediately using Mia's system and if not available in writing to their supervisor and human resources.

Falsifying time entries, including by working "off the clock," is strictly prohibited. If you falsify your time entries or work off the clock, you will be subject to discipline, up to and including termination. You must immediately report to human resource or the general manager any falsification of time entries or of anyone who encourages or requires you to falsify your time entries or work off the clock.

ALVAREZ-000055

Time Off and Vacations

If you would like time off, it must be approved by your supervisor. Mia allows employees 10 days of vacation during the off-season period of Summer. The time requested must be discussed, planned, and approved by your supervisor with a minimum one-month notice.

Benefits

This section describes the fringe benefits provided by Mia and information on your eligibility for benefits. Details regarding each benefit plan are available by asking human resources. Benefit plans may be further described in formal summary plan descriptions or other legal documents available for your review from human resources.

Full Time employees are eligible to participate in our Benefit Plan effective 1st of the month following 90 days of employment. Periodically there will be an Open Enrollment period (described below). If you decline to participate in these programs on your initial eligibility date, you may request entry into the plan during Open Enrollment or Special Enrollment (described below).

Medical Insurance

Mia offers medical insurance to all full-time employees. Details of the plans may be requested from human resources. This Handbook does not constitute such a legal document. Mia offers medical, vision and dental coverage for eligible employees and their eligible dependents. These programs are administered by a major medical insurance carrier or health maintenance organization.

An employee contribution for coverage will be deducted from your salary based on your benefit selections. In the event of any conflict between the information contained in this Handbook and the selected plan, the plan shall govern. These plans are subject to change at Mia's discretion. Additionally, the amount that you may be required to contribute towards the premiums for any of these plans may be changed at Mia discretion.

Employee Contributions

Mia's benefit package is contributory; that is, you may be responsible for a portion of the premium for your benefits. A portion of the premium may be contributed by Mia. Your contributory cost is deducted from your paycheck. The amount of any contribution by Mia will be in your offer/hire letter and/or is otherwise available from human resources.

Late Applicants

At the time you are hired, you are given an opportunity to elect certain benefits. If you waive participation in any of these programs for either yourself or your eligible dependents, you will generally be allowed to apply for entry into the various plans only during Open Enrollment.

Open Enrollment

The Open Enrollment period allows employees to add or change their benefits coverage. Applications for available benefits may be submitted during this period. Changes, additions, and other elections made during Open Enrollment will take effect as governed by the plan at that respective time. Once you have made a change, you generally cannot change that selection until the next Open Enrollment period (except in the case of certain life events; see Special Enrollment).

Benefits Special Enrollment

Special enrollment allows individuals who previously declined coverage to enroll in the plan upon loss of eligibility for other coverage and upon certain life events, such as marriage and the birth, adoption, or placement for adoption of a child. Employees must generally request enrollment within 30 days of the loss of coverage or life event triggering the special enrollment. For specific details regarding special enrollment, please refer to the respective plans.

ALVAREZ-000056

Continuation of Health Coverage

The law generally requires employers with 20 or more employees to give employees, spouses (including same-sex spouses) and dependent children the right to continue group health benefits for limited periods of time under certain circumstances, such as voluntary or some types of involuntary job loss, reduction in hours worked, death, divorce, and other life events. Employees ordinarily may continue their health coverage for up to 18 months when their employment is terminated. Mia is not obligated to provide anything that is not required by law or the respective plans.

Vision and Dental Insurance

Mia offers a vision and dental plan for eligible full-time employees. Please refer to the dental plans for an explanation of the plan benefits and limitations.

Worker's Compensation Insurance

To provide for payment of your medical expenses and for partial salary continuation in the event of a work-related accident or illness, you are covered by workers' compensation insurance, provided by Mia, and based on state regulations. The amount of benefits payable, as well as the duration of payments, depends upon the nature of your injury or illness. However, all medical expenses incurred in connection with an on-the-job injury or illness and partial salary payments are paid in accordance with applicable state law. If you are injured or become ill on the job, you must immediately report the injury or illness to your manager and human resources. This ensures that Mia can help you obtain appropriate medical treatment. Your failure to follow this procedure may delay your benefits or may even jeopardize your receipt of benefits.  Questions regarding workers' compensation insurance should be directed to human resources.



ALVAREZ-000057

# Miscellaneous

Resigning from Your Position

If you wish to resign from your employment with Mia, you are requested to notify your supervisor or the general manager of your anticipated departure date with at least two-week's notice. This notice should be in the form of written notice or letter.

If you leave Mia in good standing, you may be considered for reemployment at a later date. However, in the case of rehiring, you may be considered a new employee with respect to benefits and seniority.

Dispute Resolution

In the event of a disagreement between the employee and Mia you agree to first mediate any dispute with Mia with a mediator from the American Arbitration Association experienced in employment disputes, which shall occur in Miami, Florida. If mediation is not successful or cannot be completed within sixty days from your written request for mediation, both Mia and you agree to submit any dispute to arbitration. The arbitrator will be chosen from a panel presented by the American Arbitration Association, or such other organization as is acceptable to both parties, and located in Miami, Florida. The cost of the mediator and arbitrator will be split between Mia and you. The filing fees shall be paid by the side filing such arbitration. Each party will be responsible for its own attorney or other related fees. Both Mia and you acknowledge that by agreeing to arbitrate each gives up its right to litigate their dispute in court or to submit it to a jury. The decision of the arbitrator is final and binding. This obligation to mediate and arbitration is related to any matter related to or arising from your employment with Mia, except Mia's right to seek injunctive relief from a court.

Conduct Not Prohibited

This Handbook is not intended to preclude or dissuade employees from engaging in legally protected activities, including the National Labor Relations Act, such as discussing wages, benefits, or terms and conditions of employment, forming, joining, or supporting labor unions, raising complaints about working conditions for their and their fellow employees' mutual aid or protection, or legally required activities.



ALVAREZ-000058