UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,

    *Plaintiff,*   CASE NO.: 1:24-CV-24135-RKA

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

    *Defendants*.
_____/

**PLAINTIFF'S NOTICE OF FILING
PROPOSED JOINT SCHEDULING REPORT**

    Plaintiff, CAROL ALVAREZ, by and through undersigned counsel, respectfully files this Notice of Filing Proposed Joint Scheduling Report in connection with the Court's Omnibus Order dated February 25, 2026 [ECF No. 42], which directed the parties to file an Updated Joint Scheduling Report by March 3, 2026.

    Plaintiff made good faith efforts to confer with Defendants regarding the contents of the Updated Joint Scheduling Report. Where the parties were unable to agree on proposed deadlines, Plaintiff prepared a version of the report setting forth each party's respective position, without argument or commentary, so that the Court could resolve any disputes in the revised Scheduling Order. A copy of that proposed report is attached hereto as **Exhibit A**. Defendants declined to join in that submission, insisting instead on the inclusion of argumentative commentary within the body of the scheduling report, which Plaintiff did not believe was appropriate for a Joint Scheduling Report.

    Plaintiff recognizes the Court's preference for joint submissions and cooperative resolution of scheduling matters, and regrets the need to file separately. To ensure compliance with the

Court's deadline, Plaintiff files this Notice and the attached report, which accurately reflects both parties' proposed deadlines on all disputed items. Plaintiff respectfully submits this report for the Court's consideration in connection with the revised scheduling order contemplated by the Omnibus Order.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served this 3rd day of March, 2026, on all counsel of record on the service list below via Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**PATHMAN LAW, LLC**

Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

**LISA S. GONZALEZ, P.A.**

Lisa S. Gonzalez, Esq.
Florida Bar No.: 109486
lgonzalez@lslegal.legal
3990 Kumquat Ave.
Miami, FL 33133
Telephone No.: (561) 222-7303

*Counsel for Defendants GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC*