# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24135-RKA

CAROL ALVAREZ,
    *Plaintiff,*
v.

GOAT HOSPITALITY GROUP LLC and
WGOAT15 LLC,
    *Defendants.*
_____/

**UPDATED JOINT SCHEDULING REPORT**

Plaintiff, CAROL ALVAREZ ("Plaintiff"), GOAT HOSPITALITY GROUP LLC ("GOAT") and WGOAT15 LLC ("ADDIKT") (collectively "Defendants"), by and through undersigned counsel, pursuant to S.D. Fla. L.R. 16.1(b) and the Court's Omnibus Order dated February 25, 2026 (ECF No. 42), hereby file this Updated Joint Scheduling Report:

**Assignment of the case to a particular track pursuant to Local Rule 16.1(a) above;**

The Parties assert that the appropriate Case Management Track would be: Standard Track- a case requiring three (3) to ten (10) days of trial may be assigned to a standard track in which discovery shall be completed within 180 to 269 days from the date of the Scheduling Order.

**I.  INFORMATION REQUIRED BY S.D. Fla. L.R. 16.1(B)**

    A.  **The Likelihood of Settlement:**

The Parties are, in good faith, exploring settlement possibilities as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses. The Parties are hopeful for early settlement in this matter as they continue to engage in settlement discussions.

    B.  **The Likelihood of Appearance In the Action of Additional Parties:**

The parties do not anticipate any additional parties at this time but reserve the right to add parties as provided by the Federal Rules of Civil Procedure.

C. **Proposed Limits on the Time:**

  i. **To Join Parties and to amend the pleadings:** *No changes to the prior order.*

  ii. **To complete expert discovery:**

   Plaintiff's proposed deadline: August 1, 2026.

   Defendants' proposed deadline: No changes to the prior order.

  iii. **To file motion for opt-in class certification:** *No changes to the prior order.*

  iv. **To complete fact discovery:**

   Plaintiff's proposed deadline: June 1, 2026.

   Defendants' proposed deadline: No changes to the prior order.

  v. **To file dispositive (summary judgment) motions:**

   Plaintiff's proposed deadline: July 17, 2026.

   Defendants' proposed deadline: March 31, 2026.

  vi. **To complete mediation:** *No changes to the prior order.*

  vii. **To file pretrial motions including motions *in limine* and Daubert motions:**

   Plaintiff's proposed deadline: October 1, 2026.

   Defendants' proposed deadline: May 29, 2026.

  viii. **To file joint pretrial stipulation pursuant to LR 16.1(e) and pretrial disclosures pursuant to FRCP 26(a)(3):**

   Plaintiff's proposed deadline: October 1, 2026.

   Defendants' proposed deadline: May 29, 2026.

  ix. **To file proposed jury instructions pursuant to LR 16.1(k):**

   Plaintiff's proposed deadline: October 1, 2026.

    Defendants' proposed deadline: May 29, 2026.

  x. **Calendar Call:**

    Plaintiff's proposed deadline: November 2, 2026.

    Defendants' proposed deadline: June 15, 2026.

  xi. **Two-week trial period commences:**

    Plaintiff's proposed deadline: November 9, 2026.

    Defendants' proposed deadline: June 22, 2026.

  D. **Proposal for Formulation and Simplification of Issues**

The parties do not have a proposal for formulation and simplification of issues at this time. The Parties agree to work in good faith to agree upon stipulations of fact and as to the admissibility and authenticity of documents when appropriate.

  E. **The Necessity or Desirability of Amendments to the Pleadings**

 The parties do not anticipate any additional amendments to the pleadings at this time but reserve the right to do so as provided by the Federal Rules of Civil Procedure. This Honorable Court has set a deadline for amendments to pleadings on or before July 25, 2025.

  F. **Admissions And Stipulations Which Will Avoid Unnecessary Proof**
**Possibility of Obtaining Admissions of Fact, Documents That Would Avoid the Necessity of Proof, Stipulations Regarding the Authenticity of the Documents, Electronic Stored Documents and the Need for Advanced Rulings from the Court on Admissibility**

The parties believe there is a likelihood of obtaining admissions of issues of fact, documents that will avoid unnecessary proof or stipulations regarding authenticity of documents. The parties will attempt to resolve the issues of admissibility but will seek advance rulings from the Court on the issues that they are unable to resolve.

G. **Suggestions to Avoid Unnecessary Proof and Cumulative Evidence**

The parties do not have any suggestions to avoid unnecessary proof and cumulative facts at this time. However, the parties will work together to avoid unnecessary proof and the presentation of cumulative evidence as the case proceeds through discovery to trial.

H. **Suggestion on Advisability of Referring Matters to the Magistrate or Master**

The Parties consent to a Magistrate Judge for discovery purposes only. The parties do not agree to additional matters being referred to a Magistrate Judge at this time.

I. **Preliminary Estimate of the time Required for Trial**

The parties estimate that three (3) to four (4) days will be necessary for a jury trial in this matter.

J. **Requested Dates for Conferences before Trial, and a Final Pretrial Conference, and Trial**

The parties request that a pre-trial conference occur on the Wednesday before the commencement of the trial period.

K. **Issues Regarding Disclosure, Discovery, or Preservation of Electronically Stored Information**

The parties do not have any issues regarding disclosure, discovery, or preservation of electronically stored information at this time.

L. **Other Information Helpful to the Court**

The parties do not have any additional information for the Court at this time.

Dated: March 3, 2026

Respectfully submitted,

| | |
|---|---|
| Tara E. Faenza, Esq.<br>**PATHMAN LAW, LLC**<br>*Attorneys for Defendant*<br>One Biscayne Tower, Suite 2400<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>T: (305) 379-2425<br>E:**tfaenza@pathmanlaw.com**<br><br>By:_____<br>　　Tara E. Faenza, Esq.<br>　　Florida Bar No. 106928 | Kyle Thomas MacDonald, Esq.<br>**MACDONALD LAW, PLLC**<br>*Attorneys for Plaintiff*<br>420 SW 7th Street, Suite 1118<br>Miami, FL 33130<br>T: (786) 500-9675<br>E: kyle@macdonaldemploymentlaw.com<br><br>By: */s/ Kyle Thomas MacDonald*<br>　　Kyle Thomas MacDonald, Esq.<br>　　Florida Bar No. 1038749 |

Lisa S. Gonzalez, Esq.
**LISA S. GONZALEZ, P.A.**
*Attorney for Defendant*
3990 Kumquat Ave.
Miami, FL 33133
T: (561) 222-7303
E: lgonzalez@lslegal.legal

By:_____
　　Lisa S. Gonzalez, Esq.
　　Florida Bar No. 109486