UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL ALVAREZ,

      *Plaintiff,*                                          CASE NO.: 1:24-CV-24135-RKA

v.

GOAT HOSPITALITY GROUP LLC,
and WGOAT15 LLC,

      *Defendants*.

_____/

**<u>MOTION FOR CLARIFICATION OF OMNIBUS ORDER [ECF NO. 42]</u>**

Plaintiff, CAROL ALVAREZ ("Plaintiff"), by and through undersigned counsel, respectfully moves for clarification of the Court's Omnibus Order dated February 25, 2026 [ECF No. 42], in light of the Court's Order Setting Trial and Pre-Trial Schedule dated March 4, 2026 [ECF No. 46].

In the Omnibus Order, the Court directed that "[i]f the Plaintiff is in possession of newly-discovered evidence that creates a legitimate discovery dispute, she must present that dispute to Magistrate Judge Sanchez before moving for partial summary judgment on the joint-employer issue" [ECF No. 42]. The Court's revised scheduling order sets a dispositive motions deadline of June 3, 2026, and refers all pretrial non-dispositive and discovery matters to Magistrate Judge Sanchez [ECF No. 46]. The revised scheduling order does not, however, set a fact discovery deadline.

The Court previously set a fact discovery deadline of January 22, 2026 [ECF No. 24], which has since elapsed. Plaintiff intends to comply with the Court's directive by presenting the outstanding discovery disputes to Magistrate Judge Sanchez. Accordingly, Plaintiff respectfully

1

requests that the Court clarify whether a limited fact discovery deadline will be set to allow resolution of those disputes in advance of the June 3, 2026 dispositive motions deadline, or whether the Court contemplates that Plaintiff proceed with any necessary motions to compel before Magistrate Judge Sanchez on the basis of Defendants' existing discovery obligations and continuing duty to supplement under Federal Rule of Civil Procedure 26(e).

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with counsel for Defendants in a good faith effort to resolve by agreement the issues raised herein and has been unable to do so.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served this 5th day of March, 2026, on all counsel of record on the service list below via Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**PATHMAN LAW, LLC**

Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
Alejandra Muñiz Marcial, Esq.
Florida Bar No.: 1019266
amunizmarcial@pathmanlaw.com
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 379-2425
Telefax No.: (305) 379-2420

**LISA S. GONZALEZ, P.A.**

Lisa S. Gonzalez, Esq.
Florida Bar No.: 109486
lgonzalez@lslegal.legal
3990 Kumquat Ave.
Miami, FL 33133
Telephone No.: (561) 222-7303

*Counsel for Defendants GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC*