UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAROL ALVAREZ                      Case No. 1:24-cv24135-RKA
    *Plaintiff,*
v.

GOAT HOSPITALITY GROUP LLC
and WGOAT15 LLC
    *Defendants*.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CAROL ALVAREZ, and Defendants, GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC, (hereinafter referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle to settle all claims in this matter. Upon finalization of the settlement documents, the parties anticipate filing a Joint Stipulation for Dismissal with Prejudice. Based on the foregoing, the Parties respectfully request that all current deadlines be stayed pending the finalization of the settlement agreement and dismissal of this action.

Dated: March 13, 2026

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
kyle@macdonaldemploymentlaw.com
**MacDonald Law, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Telephone: (786) 500-8675
*Counsel for Plaintiff*

By: */s/ Tara E. Faenza*
Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
**PATHMAN LAW, LLC**
One Biscayne Tower – Suite 2400
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 379-2425
*Counsel for Defendants*

Case No.: 1 :25-cv-22511-Reid

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2026, a copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF.

By: /s/ *Tara E. Faenza,*
TARA E. FAENZA, ESQ.

## Service List

**Kyle T. MacDonald, Esq.**
Florida Bar No.: 1038749
MACDONALD LAW, PLLC
420 SW 7TH ST SUITE 1118
MIAMI, FL 33130
Telephone No.: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com
*Counsel for Plaintiff*

**Lisa S. Gonzalez, Esq.**
Florida Bar No: 109486
**Lisa S. Gonzalez, P.A.**
3990 Kumquat Ave.
Miami, Florida 33133
Phone: 561-222-7303
Email: Lgonzalez@lsg.legal
*Counsel for Defendants*