UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24135-ALTMAN/Sanchez

**CAROL ALVAREZ**,

    *Plaintiff*,

*v.*

**GOAT HOSPITALITY GROUP LLC,** *et al.*,

    *Defendants*.

_____/

**ORDER**

The Parties have filed a Notice of Settlement [ECF No. 48], telling us that they've resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a notice of voluntary dismissal by **April 16, 2026**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on March 16, 2026

                                                                                      **ROY K. ALTMAN**
                                                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record