UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24135-RKA

CAROL ALVAREZ,
*Plaintiff*

V.

GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC,
*Defendants.*

_____/

## MEDIATION REPORT AND NOTICE OF SETTLEMENT

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report and Notice of Settlement, stating as follows:

1.      On March 11, 2026, all parties and counsel in the above-referenced case convened via Zoom for a mediation conference.

2.      The parties reached a settlement and the mediation was concluded.

DATED this 18th day of March, 2026.

Respectfully submitted,

By: /s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146
P: 305.202.3545

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Kyle T. MacDonald, Esq.
MACDONALD LAW, PLLC
420 SW 7th St, Suite 1118
Miami, FL 33130
(786) 500-9995
kyle@macdonaldemploymentlaw.com;
*Counsel for Plaintiff:*
*CAROL ALVAREZ*

Tara E. Faenza, Esq.
PATHMAN LAW, LLC
One Biscayne Tower — Suite 2400
Miami, FL 33131
(305) 379-2425
tfaenza@pathmanlaw.com;
*Counsel for Defendants:*
*GOAT HOSPITALITY GROUP LLC and*
*WGOAT15 LLC*

By: /s/ *Pamela I. Perry*

2