**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv24135-RKA

CAROL ALVAREZ
    *Plaintiff,*
v.

GOAT HOSPITALITY GROUP LLC
and WGOAT15 LLC
    *Defendants*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROL ALVAREZ, and Defendants, GOAT HOSPITALITY GROUP LLC and WGOAT15 LLC, by and through their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and consistent with this Court's Order DE 49, subject to and expressly conditioned upon the Court's entry of an Order retaining jurisdiction for the purpose of enforcing the terms of the Settlement Agreement, with each party to bear their own attorneys' fees and costs except as set forth in the Settlement Agreement.

    Dated: April 10, 2026

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
kyle@macdonaldemploymentlaw.com
**MacDonald Law, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Telephone: (786) 500-8675
Counsel for Plaintiff

By: */s/ Tara E. Faenza*
Tara E. Faenza, Esq.
Florida Bar No.: 106928
tfaenza@pathmanlaw.com
**PATHMAN LAW, LLC**
One Biscayne Tower – Suite 2400
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 379-2425
Counsel for Defendants

Case No. 1:24-cv24135-RKA

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 10, 2026, a copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF.

By:   /s/ *Tara E. Faenza,*
          TARA E. FAENZA, ESQ.

## <u>SERVICE LIST</u>

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
MACDONALD LAW, PLLC
420 SW 7TH ST SUITE 1118
MIAMI, FL 33130
Telephone No.: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com
*Counsel for Plaintiff*

Lisa S. Gonzalez, Esq.
Florida Bar No: 109486
Lisa S. Gonzalez, P.A.
3990 Kumquat Ave.
Miami, Florida 33133
Phone: 561-222-7303
Email: Lgonzalez@lsg.legal
*Attorney for Defendants*