**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-24135-ALTMAN/Sanchez**

**CAROL ALVAREZ**,

      *Plaintiff,*

*v.*

**GOAT HOSPITALITY GROUP LLC,** *et al.,*

      *Defendants.*

_____/

## **ORDER**

The parties have filed a Joint Stipulation of Dismissal [ECF No. 51] in accordance with Federal Rule of Civil Procedure 41(a)(1). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case. Pursuant to the terms of the parties' Joint Stipulation of Dismissal, we'll retain jurisdiction over this case for the purpose of enforcing the terms of the settlement agreement.

      **DONE AND ORDERED** in the Southern District of Florida on April 14, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record